**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:19-cv-02981 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address | ) | |
| 207.229.176.214, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF LIEN**

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that The Lomnitzer Law Firm, P.A. hereby files its claim of lien/attorney lien/charging lien against any financial recovery, settlement and/or benefit of any form that would otherwise inure to the benefit of MALIBU MEDIA, LLC but for this lien. This lien is pursuant to paragraph 3, page 2, of a certain engagement agreement between The Lomnitzer Law Firm, P.A., and MALIBU MEDIA, LLC.

Please contact the undersigned attorney for The Lomnitzer Law Firm, P.A., if further information is needed.

Dated: November 6, 2019                    Respectfully submitted,

/s/ Jerold I. Schneider
Jerold I. Schneider, Esq.
26975
Schneider IP Law
6998 Great Falls Cir.
Boynton Beach, FL 33437
561-309-5374
Jerold.schneider@schneideriplaw.legal
*Attorney for lienholder*
*The Lomnitzer Law Firm P.A.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *Jerold I. Schneider*
Jerold I. Schneider, Esq. (26975)