# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Malibu Media, LLC

                                Plaintiff,

v.                                                          Case No.: 1:19−cv−02981
                                                        Honorable Charles P. Kocoras

John Doe, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2020:

      MINUTE entry before the Honorable Charles P. Kocoras: Status and motion hearing held. Plaintiff's motion to strike Defendant's affirmative defenses [22] and Plaintiff's motion to file a brief in excess of page limit [25] are entered and continued. Status hearing is set for 1/28/2020 at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.